# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MARK ANTHONY HOLSOMBACH**            **PLAINTIFF**
**ADC # 134723**

**V.**          **NO. 2:08CV00022-JMM-BD**

**LARRY NORRIS, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  18  day of  February , 2009.

_____
UNITED STATES DISTRICT JUDGE