IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARK ANTHONY HOLSOMBACH                                    PLAINTIFF

v.                          No. 2:08-cv-22-DPM

LARRY NORRIS, Director, Arkansas
Department of Correction; GREG HARMON,
Warden, East Arkansas Regional Unit, ADC;
and JAMES W. BELL, Captain, East Arkansas
Regional Unit, ADC                                         DEFENDANTS

ORDER

Motion, № 55, denied without prejudice. Holsombach's request for injunctive relief is unrelated to his 2008 case. The Court directs the Clerk to docket Holsombach's new motion as it would a new § 1983 prisoner case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

 9 July 2015