IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARK ANTHONY HOLSOMBACH                                              PLAINTIFF

v.                              No. 2:08-cv-22-DPM

LARRY NORRIS, Director, Arkansas
Department of Correction; GREG HARMON,
Warden, East Arkansas Regional Unit, ADC;
and JAMES W. BELL, Captain, East Arkansas
Regional Unit, ADC                                                   DEFENDANTS

ORDER

1. Motion to reopen, № 58, denied. Holsombach's attack on the 2009 Judgment is untimely under Rule 59 and Rule 60(b)(1)–(3). FED. R. CIV. P. 59(e) & 60(c)(1). And he hasn't shown he's entitled to relief under Rule 60(b)'s other provisions.

2. If Holsombach wants to litigate his *current* conditions of confinement, then he must file a new lawsuit. The Court directs the Clerk to mail Holsombach a § 1983 complaint form and an *in forma pauperis* application.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 January 2016